IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| DEANDRE C. DAVIS | * | Case No. 14-60514 |
| | * | Chapter 13 |
| PO BOX 1346 | * | |
| LONGVIEW, TX 75606 | * | |
| xxx-xx-8338/ xxx-xx-0000 | * | |
| | * | |

Debtors

## ORDER OF DISMISSAL

On this day came for consideration the Trustee's Motion to Dismiss filed in the above captioned Chapter 13 proceeding. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure. After hearing all opposition to the Motion, if any, and upon consideration of the grounds set forth in the Trustee's Motion, the Court determines that the Debtor(s) have not made payments to the Trustee in accordance with the Plan confirmed by this Court in November, 2014 as required by 11 USC 1326(a)(1) thereby constituting grounds for the dismissal of this case pursuant to 11 USC 1307(c)(1) and that the dismissal of this case is in the best interests of the creditors.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Chapter 13 proceeding is hereby DISMISSED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all Income Withholding Orders previously entered in this case, if any there so be, are hereby ORDERED terminated.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, pursuant to 11 U.S.C. §1326(a)(2), any funds remaining on deposit with the Chapter 13 Trustee shall be distributed in accordance with the Confirmation Order.

Signed on 05/20/2015

_____
THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE