THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

DEANDRE C. DAVIS   XXX-XX-8338
PO BOX 1346
LONGVIEW, TX 75606

§ CASE NUMBER: 14-60514
§
§ CHAPTER 13
§
§
§
§

DEBTOR

## ORDER DISCHARGING CHAPTER 13 TRUSTEE
## AND CLOSING CHAPTER 13 CASE

Upon the filing of the Chapter 13 Trustee's certification that the above-referenced Chapter 13 case has been fully administered and upon his request to be discharged of his duties as trustee for this particular estate, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that John J. Talton is hereby **DISCHARGED** of all duties as the duly-appointed Trustee of the Chapter 13 bankruptcy estate created in the above-referenced case.

**IT IS FURTHER ORDERED** that the above-referenced Chapter 13 case is hereby **CLOSED**.

Signed on 09/14/2015

_____
THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE